IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FERNANDO GARCIA MARTINEZ,** | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-106-KC |
| **TODD M. LYONS et al.,** | § § § | |
| Respondents. | § | |

### ORDER

On this day, the Court considered the case. On January 21, 2026, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted by January 28. Jan. 21, 2026, Order 2, ECF No. 3. Respondents informed the Court that Garcia Martinez was released from custody on January 25, 2026, and "his habeas petition is now moot." Resp. 1, ECF No. 4.

Generally, release from detention moots a habeas petition. *See Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). However, Garcia Martinez argues that his petition is not moot because "habeas corpus relief is not limited to immediate release from illegal custody." Reply 3, ECF No. 5 (citing *Zalawadia v. Ashcroft*, 371 F.3d 292, 300 (5th Cir. 2004)). And Respondents "continue to restrain his liberty . . . through the illegal confiscation of his work permit and driver's license." *Id.* at 3–4. Garcia Martinez and his counsel have requested the return of his property but the requests have been refused. *Id.* at 1–2. Thus, he asks that the Court "order Respondents to return Petitioner's work permit, social security card, and driver's license." *Id.* at 4.

Accordingly, the Court **ORDERS** Respondents to **FILE** a response, <u>**by no later than February 5, 2026**</u>, explaining:

(1) Whether Garcia Martinez's documents have been returned to him;

(2) If not, whether Respondents agree to return the documents, as well as their anticipated timeline and the concrete steps they are taking to do so;

(3) If Respondents do not agree to return the documents, the grounds on which they claim the authority to withhold them; and

(4) Respondents' position regarding this Court's authority to order them to return the documents in this habeas proceeding.

**SO ORDERED**.

**SIGNED this 29th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE