IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FERNANDO GARCIA MARTINEZ,     §
      §
   **Petitioner,**       §
      §
**v.**       §      **CAUSE NO. EP-26-CV-106-KC**
      §
**TODD M. LYONS et al.,**       §
      §
   **Respondents.**       §

## ORDER

On this day, the Court considered the case. Garcia Martinez filed a Motion for Replacement of Property, ECF No. 8, asking that Respondents return his employment authorization document ("EAD"), driver's license, and social security card. Respondents stated that they could not locate Garcia Martinez's requested documents. Supp. Resp. Ex. A ("Garite Decl.") ¶¶ 8–9, ECF No. 9-1. Thus, Garcia Martinez requests that, at a minimum, Respondents "be ordered to provide an exact replacement of [his] work permit at no cost to him" because even if Respondents no longer have the physical EAD card, U.S. Customs and Immigration Services ("USCIS") can easily reissue one. Reply 4, ECF No. 21.

After an individual is released from physical custody, habeas relief remains available to address "collateral legal restraints on his liberty, flowing from the original order that placed him in detention." *Zalawadia v. Ashcroft*, 371 F.3d 292, 300 (5th Cir. 2004). Therefore, other courts have granted similar relief to other habeas petitioners. *See, e.g.*, *Gopal B. v. Albarran*, No. 26-cv-1083, 2026 WL 1078235, at *1–2 (E.D. Cal. Apr. 21, 2026) (ordering government to reissue employment authorization document on an expedited basis at no cost to petitioner). There is no indication that Respondents have rescinded Garcia Martinez's EAD, which remains valid until

February 26, 2029.  *See* Pet. Ex. 4 ("EAD"), ECF No. 1-4.  And they have not offered any explanation for why they should not simply reissue the physical card, which they appear to have lost while Garcia Martinez was in their custody.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **by no later than May 15, 2026**, specifying whether (1) they have returned Garcia Martinez's EAD; and (2) if not, whether they would agree to reissue his EAD on an expedited basis at no cost to him.

**SO ORDERED**.

**SIGNED this 8th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2