**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **FERNANDO GARCIA MARTINEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-106-KC** |
| | § | |
| **TODD M. LYONS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On May 8, 2026, the Court ordered

Respondents to file a status update specifying whether: (1) they returned Garcia Martinez's

Employment Authorization Document ("EAD") and if not, (2) whether they would agree to

reissue his EAD on an expedited basis at no cost to him.  May 8, 2026, Order, ECF No. 22.

Respondents now state that they have not returned Garcia Martinez's EAD because it has

been lost, but they "will work with USCIS to reissue the EAD . . . and are currently investigating

the process and timeframe to accomplish a reissuance."  Advisory, ECF No. 23.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **<u>by no</u>**

**<u>later than June 8, 2026</u>**, specifying the concrete steps taken to reissue Garcia Martinez's EAD,

including an anticipated timeline for completion.

**SO ORDERED**.

**SIGNED this 18th day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE